**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:26-MJ-00056 EPG |
| GUSTAVO ALEJANDRO MENDOZA FELIX | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   Gustavo Alejandro Mendoza Felix

Detained at   Tulare County Jail

Detainee is:   a.)   ☐ charged in this district by:   ☐ Indictment   ☐ Information   ☒ Complaint
charging detainee with:   21 U.S.C. 841 – Possession with intent to distribute meth

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on June 1, 2026 at 2:00 PM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on June 1, 2026, at 2:00 PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   May 29, 2026

Honorable Frank J. Singer
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male   ☐Female | |
| Booking or CDC #: | 586504 | DOB: | 10/01/1998 |
| Facility Address: | Tulare County Sheriff | Race: | HISPANIC |
| Facility Phone: | (559) 636-4655 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on:

(signature)